

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN THE INTEREST OF O. C. V. AND M. S. V., JR., | § | No. 08-15-00355-CV |
|  | § | Appeal from the |
| Appellant. | § | 383rd District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2012DCM10912) |
|  | § |  |

# O R D E R

On June 9, 2016, the Court received and filed the supplemental clerk's record as requested in its order issued March 28, 2016. The appeal is therefore reinstated. The Appellant's brief shall be due thirty days after the date the hearing record on the inaccuracies of the reporter's record is filed.

IT IS SO ORDERED this 9th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.